# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**ROBERT M. MAEDER,**

    **Plaintiff,**

                              Case No. 2:14-cv-827

    **v.**                            **JUDGE GREGORY L. FROST**
                              Magistrate Judge E.A. Preston Deavers

**HOLLYWOOD CASINO,**

    **Defendant.**

## ORDER

In light of the filing of Plaintiff's amended complaint (ECF No. 20), Defendant's pending motion to dismiss (ECF No. 10) is moot. The Court therefore **DIRECTS** the Clerk to terminate the motion on the docket as moot.

**IT IS SO ORDERED**.

                                            /s/ Gregory L. Frost
                                          **GREGORY L. FROST**
                                          **UNITED STATES DISTRICT JUDGE**